UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CORTRELL RASHAAD BRYANT**                         **CIVIL ACTION**

**VERSUS**                                          **NO. 16-17988**

**MARLIN GUSMAN, ET AL**                            **SECTION "S" (4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Cortrell Rashaad Bryant's § 1983 claims against Marlin Gusman and Aramark Correctional Service are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 22nd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE